**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6295**

---

In Re:  HENRY CLIFFORD BYRD, SR.,

Petitioner.

---

On Petition for Writ of Habeas Corpus.
(CA-04-39)

---

Submitted:  June 28, 2004          Decided:  August 4, 2004

---

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

---

Petition dismissed by unpublished per curiam opinion.

---

Henry Clifford Byrd, Sr., Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Henry Clifford Byrd, Sr., filed a petition for an original writ of habeas corpus challenging the district court's summary dismissal of his latest 28 U.S.C. § 2254 (2000) petition. This court ordinarily declines to entertain original habeas corpus petitions under 28 U.S.C. § 2241 (2000), and this case provides no reason to depart from the general rule. Moreover, because the interests of justice would not be served by transferring this case to the district court, we dismiss the petition. Cf. Fed. R. App. P. 22(a). We deny Byrd's motion for leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED